United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>HVFG LLC, et al.,<br><br>       Defendants.<br>_____/ | No. C 12-05809 WHA<br><br>**ORDER GRANTING EXTENSION** |

     Defendants' counsel requests an extension of ten days in which to file a motion to dismiss the complaint. This is unreasonable. The parties should be aware that extensions of any type generally will not be granted. It is disappointing, however, that counsel were not able to resolve this issue on their own by stipulation, particularly where there is no apparent prejudice to plaintiffs' counsel from a short extension. Moreover, given the questions raised by the complaint regarding standing, venue, and other issues suitable for a motion to dismiss, judicial efficiency favors robust briefing at this early stage.

     Defendant shall answer or file its motion no later than **FEBRUARY 1 AT NOON**.

     **IT IS SO ORDERED.**

Dated: January 28, 2013.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE