IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

  v.

HVFG LLC, et al.,

    Defendants.

No. C 12-05809 WHA

**ORDER SETTING BRIEFING SCHEDULE**

The parties' stipulated request for an extended briefing schedule is hereby **GRANTED** as follows: defendant shall answer the complaint or move by **FEBRUARY 4 AT NOON**. If defendant files a motion to dismiss, plaintiff's opposition thereto shall be due by **FEBRUARY 25 AT NOON**, defendant may then reply by **MARCH 11 AT NOON**, and a hearing will be set for **APRIL 4 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 31, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE