UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  April 4, 2013                              Total Hearing Time: 39 minutes

Case No.  C12-05809 WHA

Title: ANIMAL LEGAL DEFENSE FUND v. HVFG, LLC

Plaintiff Attorney(s): Nicole Roth; John Melia

Defense Attorney(s): Michael Tenenbaum

Deputy Clerk:  Dawn Toland                        Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)      Motion to Dismiss - Taken Under Submission

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**