Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax    (310) 919-3727

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a California corporation; and REGAL VEGAN, INC., a New York corporation;<br><br>                    Plaintiffs,<br><br>         – against –<br><br>HVFG LLC, a New York limited liability company;<br>MARCUS HENLEY, an individual;<br>MICHAEL GINOR, an individual;<br>IZZY YANAY, an individual; and<br>RICHARD BISHOP, an individual;<br><br>                    Defendants. | Case No. C 12-05809 WHA<br><br>**STIPULATED REQUEST FOR ORDER AND [~~PROPOSED~~] ORDER CHANGING TIME**<br><br>Hon. William H. Alsup |

Pursuant to Local Rules 6-2, 7-12, and 54-5, Plaintiffs Animal Legal Defense Fund ("ALDF") and Regal Vegan, Inc., on the one hand, and Defendants HVFG LLC, Marcus Henley, Michael Ginor, Izzy Yanay, and Richard Bishop ("Defendants"), on the other, hereby stipulate that Defendants shall have until **May 1, 2013**, to timely file a motion for prevailing party attorneys fees under the Lanham Act against ALDF.

This stipulation does not alter the date of any event or any deadline fixed by Court order.

Dated: April 26, 2013                    ANIMAL LEGAL DEFENSE FUND

                                         s/ Nicole Roth[*]
                                         _____
                                         Nicole Roth, Esq.
                                         *Counsel for Plaintiffs*

Dated: April 26, 2013                    THE TENENBAUM LAW FIRM

                                         s/ Michael Tenenbaum
                                         _____
                                         Michael Tenenbaum, Esq.
                                         *Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: May 1, 2013.                       _____
                                         William Alsup
                                         United States District Judge

---

[*] Pursuant to L.R. 5-1(i)(3), I, Michael Tenenbaum, attest that I obtained Ms. Roth's concurrence in the filing of this document.

- 1 -
STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER CHANGING TIME