IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

  v.

HVFG LLC, et al.,

    Defendants.

No. C 12-05809 WHA

**ORDER RE DISCOVERY DISPUTE**

Upon review of the parties' discovery letters (Dkt. Nos. 55–56), this order holds as follows:

(1) Defendants shall respond to plaintiffs' first set of requests for production by **MAY 24 AT NOON**.

(2) No extensions shall be granted for any other pending, properly-noticed discovery requests.

(3) Each party on both sides shall submit a declaration sworn under oath detailing any information they had or now have regarding how the hacking and posting of Hudson Valley's business information occurred by **MAY 24 AT NOON**.

(4) Plaintiffs' request for attorney's fees in connection with this dispute is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE