IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANIMAL LEGAL DEFENSE FUND,
a non-profit corporation, and REGAL VEGAN,
INC.,

    Plaintiffs,

  v.

HVFG LLC, (d/b/a "Hudson Valley Foie Gras"),
MARCUS HENLEY, MICHAEL GINOR, IZZY
YANAY, and RICHARD BISHOP,

    Defendants.

No. C 12-05809 WHA

**ORDER COMBINING HEARINGS**

In the interests of judicial efficiency, the hearing on the motion to strike set for June 13 and the hearing on the motion for judgment on the pleadings set for June 20 will be combined and heard on **JUNE 20 AT 8 A.M.** Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: May 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE