IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANIMAL LEGAL DEFENSE FUND, a non-profit corporation, and REGAL VEGAN, INC.,

    Plaintiffs,

  v.

HVFG LLC, (d/b/a "Hudson Valley Foie Gras"), MARCUS HENLEY, MICHAEL GINOR, IZZY YANAY, and RICHARD BISHOP,

    Defendants.

No. C 12-05809 WHA

**ORDER RE HEARING ON MOTION FOR ATTORNEY'S FEES**

The Court has reviewed the parties' submissions on the motion for attorney's fees and is inclined to vacate the hearing on June 6. Nevertheless, if notice is received by **NOON ON FRIDAY, MAY 31** that a lawyer four or fewer years out of law school will conduct the oral argument, or at least the lion's share, for one of the parties, the hearing will remain on calendar.

**IT IS SO ORDERED.**

Dated: May 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE