IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HVFG LLC, et al., <br><br> Defendants. / | No. C 12-05809 WHA <br><br> **ORDER RE DISCOVERY DISPUTE** |

The parties have filed letter briefs regarding a discovery dispute. It does not appear, however, that the parties met and conferred as required by the Supplemental Order. The parties shall meet and confer and re-file a *joint* letter not to exceed three pages regarding the current dispute by **MAY 31 AT NOON**. The Court will then decide whether it is necessary to schedule a three-hour, pre-hearing meet-and-confer session at the courthouse and a subsequent discovery hearing. If the parties resolve their dispute prior to the deadline, filing a letter so stating will not be necessary.

**IT IS SO ORDERED.**

Dated: May 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE