UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, ET AL., <br><br>              Plaintiff(s), <br><br>     v. <br><br> HVFG LLC, ET AL., <br><br>              Defendant(s). | No. C 12 05809 WHA (LB) <br><br> **ORDER REGARDING SETTLEMENT CONFERENCE** |

The court held a pre-settlement conference telephone call about all the pending settlement conference motions and orders the following.

1. Plaintiffs have not made a demand, and in the call today, said it was because HVFG has not provided certain discovery that the district court already ordered. By 4 p.m. today, Plaintiffs must email HVFG saying specifically what is needed to make a demand and cross-referencing the district court's order by docket number and page cite. Plaintiffs must cc the court at the orders box at lbpo@cand.uscourts.gov. HVFG must provide the information no later than noon on Wednesday, June 12, 2013. The undersigned's intent is not to order any information beyond that ordered by the district court.

2. By noon on Thursday, June 13, 2013, Plaintiffs must make a demand (monetary and/or equitable) and must cc the court by email to the court's orders box at lbpo@cand.uscourts.gov.

ORDER RE SETTLEMENT CONFERENCE
C 12 05809 WHA (LB)

3. By 5 p.m. on Thursday, June 13, 2013, Defendants must respond to Plaintiffs' demand and again should cc the court's orders box.

4. Regal Vegan's motion to appear by telephone is denied. *See* ECF No. 83. Parties need to appear in person at settlement conferences.

5. HVFC's motion for non-essential parties to appear by telephone is granted, to the extent that they are non-essential. *See* ECF No, 88. From the docket, equitable and monetary relief are at stake in this litigation. The corporate decisionmaker needs to be at the settlement conference in person. That varies by corporation: sometimes it is the CEO, sometimes it is the CFO, sometimes it is the COO, and the process requires counsel to make sure that person is there. If the operations person specified is that person and can make those financial and equitable decision, that is fine. That issue should be illuminated by Plaintiffs' demand tomorrow.

The court appreciates that HVFG's corporate representative has made plans to come to San Francisco. That being said, a settlement conference is productive only when the court's processes, which are also orders, are followed. Any failure to comply with the process in this order will result in the settlement conference's being vacated on Thursday at 5:30 p.m.

This disposes of ECF Nos. 83 and 88.

**IT IS SO ORDERED.**

Dated: June 11, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12 05809 WHA (LB) 2