IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

  v.

HVFG LLC, et al.,

    Defendants.

No. C 12-05809 WHA

**ORDER RE DISCOVERY LETTERS**

The parties have submitted discovery dispute letters regarding deposition scheduling and document production issues. Upon review of the parties' submissions, defendants' counsel's objection to the August 19 deposition date is well-taken. The parties shall meet and confer and agree upon a new date for the deposition for a day after August 19. The August 30 discovery deadline shall be **EXTENDED** by **THREE BUSINESS DAYS** to accommodate the deposition and defense counsel's return to the United States. Regarding the proposed motion to compel, plaintiffs may make their motion by letter.

On a separate note, defendants have incorrectly noticed their motion for certification of a controlling question on less than a thirty-five day track from the date of notice (Dkt. Nos. 109, 113). The hearing on the motion shall be on **SEPTEMBER 12 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE